UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID L. SOCK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 06-02-B-W |
| | ) | Criminal No. 99-21-B-W |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 27, 2006, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the United States' Motion to Dismiss (Docket No. 4) be and hereby is GRANTED and the Petitioner's 28 U.S.C. § 2255 Motion (Docket No. 1) be and hereby is DENIED as it is untimely.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 18th day of April, 2006